**ADR** ORIGINAL

**Filed**

FEB 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALY TAMBOURA, | **C08 01143 JF** |
| Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S |
| ROBERT L. AYERS, Warden, San Quentin State Prison | **APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| Defendant. | |

I, Aly Tamboura _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ☒ No ☐

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __38.40__    Net: __17.30__

Employer: __California Department of Corrections__

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SubDynamic Locating Services_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9  a.   Business, Profession or                    Yes ☐  No ☒
10       self employment
11 b.   Income from stocks, bonds,                 Yes ☐  No ☒
12      or royalties?
13 c.   Rent payments?                             Yes ☐  No ☒
14 d.   Pensions, annuities, or                    Yes ☐  No ☒
15      life insurance payments?
16 e.   Federal or State welfare payments,         Yes ☐  No ☒
17      Social Security or other govern-
18      ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.   Are you married?                           Yes ☐  No ☒
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support: $_____

- 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ☐   No ☒
Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ☐   No ☒
Make _____ Year _____ Model _____
Is it financed? Yes ☐   No ☐   If so, Total due: $ _____
Monthly Payment: $ _____

7.  Do you have a bank account?   Yes ☐   No ☒ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ☐  No ☒  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ☐  No ☒

_____

8.  What are your monthly expenses?
Rent: $ _____ Utilities: _____
Food: $ _____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☐ No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11-14-07
DATE

[signature]
SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Aly Tamboura__ (prisoner's name) for the last six months at __San Quentin State Prison__ (name of institution) where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __40.96__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __40.96__.

Dated: __1-16-08__

[Authorized officer of the institution]

- 5 -

# PROOF OF SERVICE

I declare that I am over the age of 18, not a party to this action and my business address is 100 N. Winchester Blvd., Suite 310, Santa Clara, California 95050. On the date shown below, I served the within APPLICATION TO PROCEED IN FORMA PAUPERIS on the following parties hereinafter named by:

__X__   Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

Attorney General's Office
455 Golden Gate Avenue
Suite 11,000
San Francisco, CA 94102-7004
[Counsel for People of the State of California]

I declare under penalty of perjury the foregoing is true and correct. Executed this February 22, 2008, at Santa Clara, California.

_____
Paul Couenhoven

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/16/08
                                                           PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 16, 2007 THRU JAN. 16, 2008

ACCOUNT NUMBER  : F17843                  BED/CELL NUMBER: N 2 000000000150
ACCOUNT NAME    : TAMBOURA, ALY PHILLIP   ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

07/16/2007      BEGINNING BALANCE                                                      0.00
07/14*DD34  EFT DEPOSIT O   1037/J-PAY              22.50                             22.50
07/20 D320  TRUST FUNDS T   1146CSPCOR             143.75                            166.25
07/24 FC01  DRAW-FAC 1      1193/MAIN3                           65.00               101.25
07/28*DD34  EFT DEPOSIT O   1278/J-PAY              22.50                            123.75
08/01*DD34  EFT DEPOSIT O   1291/J-PAY              33.75                            157.50
08/09*DD30  CASH DEPOSIT    1394MAILRM              31.50                            189.00
08/10 W450  DONATION-VETE   1419FDSALE                           22.00                167.00
09/15 FC01  DRAW-FAC 1      1498/MAIN2                           40.00                127.00
09/15 FR01  CANTEEN RETUR   701502                                0.20-               127.20
11/06*VD54  INMATE PAYROL   1824/OCT07               5.73                             132.93
11/09 W449  DONATION-ARTS   1910FDSALE                           49.00                 83.93
11/13 FR01  CANTEEN RETUR   701931                                0.95-                84.88
11/13 FC01  DRAW-FAC 1      1944/M2&3                            60.00                 24.88
11/26*DD34  EFT DEPOSIT O   2082/J-PAY              33.75                              58.63
12/06 W765  REVERSE ARTS    2247REFUND                            8.00-                66.63
12/06*VD54  INMATE PAYROL   2245/NOV07               8.32                              74.95
12/17 FR01  CANTEEN RETUR   702402                                4.25-                79.20
12/17 FC01  DRAW-FAC 1      2407/M2ND                            20.00                 59.20
12/18 W448  DONATION-SQUI   2420FDSALE                           39.00                 20.20
12/21*DD34  EFT DEPOSIT O   2487/J-PAY              22.50                              42.70
12/24*DD30  CASH DEPOSIT    2492MAILRM              54.00                              96.70
ACTIVITY FOR 2008
01/14 FR01  CANTEEN RETUR   702763                                0.20-                96.90
01/14 FC01  DRAW-FAC 1      2773/MAIN2                           55.00                 41.90

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/02/06                        CASE NUMBER: SS032331
COUNTY CODE: MON                                FINE AMOUNT: $   1,920.00

DATE       TRANS.    DESCRIPTION                  TRANS. AMT.        BALANCE

07/16/2007      BEGINNING BALANCE                                    1,338.51
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/16/08
                                                           PAGE NO:         2
                              SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 16, 2007 THRU JAN. 16, 2008

ACCT: F17843       ACCT NAME: TAMBOURA, ALY PHILLIP        ACCT TYPE: I

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/02/06                    CASE NUMBER: SS032331
COUNTY CODE: MON                            FINE AMOUNT: $   1,920.00

 DATE      TRANS.    DESCRIPTION                       TRANS. AMT.    BALANCE

07/14/07   DR34      REST DED-EFT DEPOSIT                 25.00-      1,313.51
07/26/07   DR34      REST DED-EFT DEPOSIT                 25.00-      1,288.51
08/01/07   DR34      REST DED-EFT DEPOSIT                 37.50-      1,251.01
08/09/07   DR30      REST DED-CASH DEPOSIT                35.00-      1,216.01
11/06/07   VR54      RESTITUTION DEDUCTION-SUPPORT         6.36-      1,209.65
11/06/07   DR34      REST DED-EFT DEPOSIT                 37.50-      1,172.15
11/06/07   VR54      RESTITUTION DEDUCTION-SUPPORT         9.24-      1,162.91
11/07/07   DR34      REST DED-EFT DEPOSIT                 25.00-      1,137.91
11/07/07   DR30      REST DED-CASH DEPOSIT                60.00-      1,077.91

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 378.30 | 336.40 | 41.90 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 41.90 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE