**ADR** **ORIGINAL** **Filed**

FEB 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Aly Tamboura
F-17843
San Quentin State Prison
P.O. Box 4999
San Quentin, CA 94974

In Pro Per

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALY TAMBOURA,

    Petitioner,

vs.

ROBERT L. AYERS, Warden,
San Quentin State Prison

    Respondent.

C08 01143 JF

APPLICATION FOR APPOINTMENT OF COUNSEL

    Petitioner, ALY TAMBOURA ("Tamboura") hereby requests that this court appoint an attorney to represent him in his petition for habeas corpus. This application is made pursuant to the Criminal Justice Act, 18 U.S.C., § 3006A, which gives the court authority to appoint counsel to represent an indigent person "whenever the interests of justice so require." 28 U.S.C. § 3006A(a)(2(b).

    The Forma Pauperis Affidavit submitted with this application shows that Tamboura satisfies the requirement of indigence. He is serving a fourteen-year sentence, and has only $46.96 in his prison account. This is not adequate to hire an attorney.

    Furthermore, this is a case where the interests of justice require that counsel be appointed. The seriousness of Tamboura's sentence is one factor the court should consider. *See Hitchcock v. Eyman*, 418 F.2d 1254, 1246 (9th Cir. 1969). Also, the issues Tamboura is raising, involving a violation of his Fifth and Fourteenth Amendment rights and the sufficiency of the evidence to sustain the findings he willfully violated probation involve complex legal issues which require the legal

1 expertise of counsel. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); *United States ex. rel Jones v. Fanzen*, 676 F.2d 261, 267 (7th Cir. 1982).

All the pleadings in this case, including this one, were prepared by Tamboura's state appellate counsel and not by himself. Tamboura does not have the legal expertise to represent himself. *See* Declaration of Appellate Counsel.

For all these reasons, Tamboura asks that this court appoint an experienced attorney to represent him in this matter.

DATED: January 31, 2008

Respectfully Submitted,

_____
Aly Tamboura
In Pro Per

# PROOF OF SERVICE

I declare that I am over the age of 18, not a party to this action and my business address is 100 N. Winchester Blvd., Suite 310, Santa Clara, California 95050. On the date shown below, I served the within APPLICATION FOR APPOINTMENT OF COUNSEL on the following parties hereinafter named by:

__X__   Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

Attorney General's Office
455 Golden Gate Avenue
Suite 11,000
San Francisco, CA 94102-7004
[Counsel for People of the State of California]

I declare under penalty of perjury the foregoing is true and correct. Executed this February 22, 2008, at Santa Clara, California.

_____
Paul Couenhoven