1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ALY TAMBOURA,** | C 08-1143 JF (PR) |
| Petitioner, | |
| v. | |
| **ROBERT L. AYERS, Warden,** | |
| Respondent. | |

**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 | **ALY TAMBOURA,**                      | C 08-1143 JF (PR)
14 |                            Petitioner, | **RESPONDENT'S EX PARTE**
15 |      v.                                | **APPLICATION FOR FIRST**
16 | **ROBERT L. AYERS, Warden,**           | **EXTENSION OF TIME**
17 |                            Respondent. |

19     Respondent respectfully requests that this Court grant a sixty (60) day extension of time,
20 to and including August 30, 2008, to file the answer in this case. Respondent has made no prior
21 request for an extension of time.
22     As set forth in the accompanying Declaration of Counsel, counsel for respondent needs
23 sixty (60) days to complete and file the answer. Respondent does not believe petitioner will be
24 prejudiced by this request.

Respondent's Ex Parte Application For First Extension Of Time - C 08-1143 JF (PR)
1

1  Wherefore, respondent respectfully requests that this Court grant this application for an
2  extension of time.

3  Dated: June 30, 2008

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
   Attorney General of the State of California

6  DANE R. GILLETTE
   Chief Assistant Attorney General

7  GERALD A. ENGLER
   Senior Assistant Attorney General

8  PEGGY S. RUFFRA
9  Supervising Deputy Attorney General

11  /s/ Joan Killeen
    JOAN KILLEEN
12  Deputy Attorney General

    Attorneys for Respondent

Respondent's Ex Parte Application For First Extension Of Time - C 08-1143 JF (PR)

2

1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DANE R. GILLETTE
Chief Assistant Attorney General
3 GERALD A. ENGLER
Senior Assistant Attorney General
4 PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 JOAN KILLEEN
Deputy Attorney General
6 State Bar No. 111679
 455 Golden Gate Avenue, Suite 11000
7 San Francisco, CA 94102-3664
 Telephone: (415) 703-5968
8 Fax: (415) 703-1234
 Email: Joan.Killeen@doj.ca.gov
9 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ALY TAMBOURA,** | C 08-1143 JF (PR) |
| Petitioner, | |
| v. | |
| **ROBERT L. AYERS, Warden,** | |
| Respondent. | |

**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ALY TAMBOURA,**<br><br>                          Petitioner,<br><br>     v.<br><br>**ROBERT L. AYERS, Warden,**<br><br>                          Respondent. | C 08-1143 JF (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |

I, Joan Killeen, declare under penalty of perjury that:

I am a Deputy Attorney General of the State of California and am admitted to practice law in this state and before this Court. I have been assigned to represent respondent and to prepare the answer in this case. Respondent has made no previous request for an extension of time.

On May 2, 2008, this Court issued an Order to Show Cause, directing respondent to file an answer to the petition for writ of habeas corpus within sixty days.

I request an additional sixty days from the present due date to prepare and file the answer. This request is not made for the purpose of delay. In the past sixty days, I filed the answers to the petitions for writ of habeas corpus in *Cruz v. Subio*, C 07-4329 JSW, and *Hawkins v. Dexter*, C 08-

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 08-1143 JF (PR)

1

1087 SI (PR), a motion to dismiss the petition for writ of habeas corpus in *Monroe v. Adams*, CIV S-08-0558 MCE DAD P, a reply to the opposition to a motion to dismiss the petition for writ of habeas corpus in *McCord v. Warden*, C 07-5217 CRB, and the respondent's briefs in *People v. Luna*, H031666, and *People v. Ary*, 113020. I am currently working on the respondent's brief in *People v. Terwilligar*, A119000, a case with a reporter's transcript over 1,800 pages long and a clerk's transcript over 1,450 pages long. In addition, I have to file the respondent's brief in *People v. Gonzalez*, H032193, and the answer to the petition for writ of habeas corpus in *Nordlof v. Clark*, C 07-4899 MMC, before beginning work on the answer in this case.

Petitioner raises four claims for relief in connection with his 2004 convictions for infliction of corporal injury on a spouse with personal use of a firearm and making terrorist threats, for which he was found in violation of probation in 2006. In light of my current work load, the number of claims raised by petitioner, and the necessity of reviewing the trial record to address those claims, I will be unable to prepare and file the answer by the current due date.

I have not contacted petitioner in this case because he is a state prisoner proceeding pro se.

Executed on June 30, 2008, at San Francisco, California.

/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 08-1143 JF (PR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ALY TAMBOURA,** | C 08-1143 JF (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **ROBERT L. AYERS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including August 30, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: _____

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

# DECLARATION OF SERVICE

Case Name:  **Tamboura v. Ayers, Warden**                                No.:  **C 08-1143 JF (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 1, 2008**, I placed the attached **1) RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; 2) DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; and 3) [PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000,  San Francisco, CA  94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

Aly Tamboura
F-17843
San Quentin State Prison
P. O. Box 4999
San Quentin, CA  94974

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 1, 2008**, at San Francisco, California.

|  L. SORENSEN | /s/ L. Sorensen |
|---|---|
| Typed Name | Signature |