NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALY TAMBOURA, | ) | No. C 08-1143 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| ROBERT L. AYERS, Warden | ) | (Docket No. 9) |
| | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, Petitioner's request for an extension of time (docket no. 9) in which to file a traverse is GRANTED. If Petitioner wishes to file a traverse, he must do so on or before **November 15, 2008.**

IT IS SO ORDERED.

DATED: 10/10/08

JEREMY FOGEL
United States District Judge

G:\PRO-SE\SJ.JF\HC.08\Tamboura143eot.wpd      1